MOSES R. CROW et al., Appellants, *v.* WILLIAM E. COFFIN et al., Respondents.

(Argued June 18, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 7, 1894, which affirmed an order of Special Term granting to the defendants Coffin and Stanton an extra allowance.

The following is the memorandum of the opinion:

"This is an appeal from an order affirming an order granting respondents an additional allowance of one thousand dollars.

"An examination of the voluminous record submitted on this appeal discloses that the subject-matter involved is sufficient to warrant the additional allowance granted by the court below.

"The trial judge decided this to be a difficult and extraordinary case under section 3253 of the Code of Civil Procedure.

"We see no reason for interfering in this matter.

"The order appealed from affirmed, with costs."

*Albertus Perry* for appellants.

*Carlisle Norwood* for respondents.

*Per Curiam mem.* for affirmance.
All concur.
Order affirmed. _____